UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-0075-UA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| WAYNE VICK, | ) |
| Defendant. | ) |

COMES NOW, Slade C. Trabucco, Attorney at Law, and hereby files this Notice of Appearance on behalf of Defendant, Wayne Vick. The undersigned counsel of record hereby requests that all further pleadings and notices in the form of correspondence and documentation be either sent via ECF filing to the following email address or to him at the following address:

    Slade C. Trabucco
    PO Box 30804
    Raleigh, N.C. 27622
    Telephone: (919) 794-5661
    Facsimile: (919) 256-5224

This the 13th day of March, 2012.

    The Trabucco Law Firm, P.A.

    By:/s/Slade C. Trabucco
    Slade C. Trabucco
    N.C. State Bar No.: 31843
    PO Box 30804
    Raleigh, N.C. 27622
    Telephone: (919) 794-5661
    Facsimile: (919) 256-5224
    Sct03@fastmail.us
    L.R. 57.1 Appointed

# CERTIFICATE OF SERVICE

      I hereby certify that I this day have served a copy of this pleading upon the other parties to this action by CM/ECF Electronic Filing addressed to counsel for said parties, this 13th day of March, 2011.

                                               The Trabucco Law Firm, P.A.

                                               By:/s/Slade C. Trabucco
                                             Slade C. Trabucco
                                             N.C. State Bar No.: 31843
                                             PO Box 30804
                                             Raleigh, N.C. 27622
                                             Telephone: (919) 794-5661
                                             Facsimile: (919) 256-5224
                                             Sct03@fastmail.us
                                             L.R. 57.1 Appointed

TO:    Mr. Nathan Huff
          Assistant United States Attorney
          Eastern District of North Carolina
          310 New Bern Avenue
          Federal Building, Suite 800
          Raleigh, NC 27601