IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-cr-00075-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAYNE VICK, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 48 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney, the Defendant's attorney, and the Defendant.

This the 5 day of May , 2018.


_____
JAMES C. DEVER, III
Chief United States District Judge