IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-75-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE VICK | ) | |

This matter comes before the Court on motion of the United States' motion to seal Exhibit 3, Bureau of Prisons medical records. For good cause shown, the Court GRANTS the United States' motion to seal until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and the defendant.

SO ORDERED this __1__ day of February 2021.

_____
JAMES C. DEVER III
United States District Judge